# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-mj-2676 |
| ALPHONSO JAMES | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 10, 2020__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a ammunition by a previously convicted felon |

This criminal complaint is based on these facts:
Please see the attached statement in support of criminal complaint.

☑ Continued on the attached sheet.

*signature: J. M. Welch*
Digitally signed by JOHN WELCH
Date: 2021.01.13 16:37:24 -06'00'

*Complainant's signature*

ATF S/A John M. Welch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/14/2021

*Judge's signature*

City and state:  NASHVILLE, TN

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

**STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**

I, John M. Welch, after first being sworn, do, on my oath, state the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since February 2001. I am currently assigned to ATF Group V in Franklin, Tennessee. Prior to being an ATF Special Agent, I was a Border Patrol Agent with the United States Border Patrol in Nogales, Arizona for five years. As an ATF Agent, I have attended training at the Federal Law Enforcement training Center in Brunswick, Georgia. I have been trained and have experience in conducting investigations into violations of the Federal firearms laws, the Controlled Substance Act, and other violations of federal law, including gang and racketeering related offenses.

2. On September 10, 2020, at approximately 2205 hours, officers from the Metro Nashville Police Department were dispatched to 1673 Rosa L. Parks Blvd in response to a reported shooting. When officers approached the address, they observed a black male, hereinafter Victim 1, walking onto the front porch. Officer Hall rendered first aid to Victim 1 after discovering he had a gunshot wound under his left arm pit area. Officer Hall tried to speak with Victim 1, but Victim 1 was only able to tell Officer Hall his name and where he lived as he was going in and out of consciousness.

3. Officer Conners entered the residence and found a black female, hereinafter Victim 2, who had been shot several times. Also observed inside was a black male, later identified as Stefvon Murphy. Murphy appeared to be dead from a gunshot wound to his face. Soon after, Nashville Fire Department (NFD) paramedics arrived and tended to Victims 1 and 2 and transported them to Vanderbilt Hospital. It was later learned that Victim 2 resides at the residence where Murphy was found.

4. Victim 1 and Victim 2 both advised law enforcement that a person they knew as "WORLD" shot them and Mr. Murphy. "WORLD" was later identified as Alphonso JAMES. Both Victim 1 and Victim 2 identified JAMES as the shooter in a photo lineup. Victim 1 and Victim 2 also stated JAMES had entered through the back door, shot Mr. Murphy in the head, and then turned and began to shoot them. JAMES then fled out the back door.

5. A state issued search warrant was obtained for the apartment and after the search warrant was obtained, law enforcement entered the apartment to process the scene. While processing the scene, a total of five 9mm cartridge casings were recovered from the scene.

6. Det. Chris Dickerson was assigned to the case and responded to the scene. Det. Dickerson also interviewed Victim 2 at Vanderbilt Hospital. Victim 2 stated it was "WORLD" who did the shooting and that he was a "40 gang member," which means he is a member of the Rollin 40's Crips gang. Victim 2 stated everyone was barbecuing outside and Stefvon Murphy fixed her a plate of food and brought it to her in her house. Victim 2 said that WORLD, later identified as Alphonso JAMES, then entered the residence through the back door right behind Mr. Murphy. Victim 2 stated she said "Hey WORLD" and JAMES acknowledged her and then "shot that man in the head in my house."

7. Victim 2 said JAMES shot her friend (Victim 1), then shot her, and she fell down against her air conditioner, which resulted in a broken arm. Victim 2 said that everyone in the Cheatham Housing projects knows who he is "and if y'all don't get him, somebody might kill him tonight." Victim 2 stated that JAMES drove a gray car with tinted windows.

8. I have verified that Alphonso JAMES aka WORLD has been previously convicted of a felony in which the term of imprisonment exceeded one year. Specifically, JAMES has the following convictions: On April 18, 2007, in Case# 2007-A-528 Count 1, in the Criminal Court of Davidson County, Tennessee, Alphonso JAMES pled guilty to Aggravated Robbery. The

sentence imposed for this offense was eight years in the Tennessee Department of Corrections (TDOC); On April 18, 2007, in Case# 2007-A-528 Counts 2 & 3, in the Criminal Court of Davidson County, Tennessee, Alphonso JAMES pled guilty to Aggravated Assault. The sentence imposed for this offense was six years in the TDOC to run concurrent. On July 10, 2014, in Case# 2013-A-524 Counts 1 & 2, in the Criminal Court of Davidson County, Tennessee, Alphonso JAMES pled guilty to Possession of a Controlled Substance. The sentence imposed for these offenses was thirteen years in the TDOC for each offense to run concurrently.

9. An Interstate Nexus Specialist has examined photographs of the cartridge casings that were recovered at the scene, which included two cartridge cases bearing head stamp markings "R * P 9mm LUGER" and three cartridge cases bearing head stamp markings "WIN 9mm LUGER". Based upon the examination of the photographs of the cartridge cases in conjunction with the research, knowledge, training, and experience of the Interstate Nexus Specialist, it was his finding that the above listed cartridge cases were not manufactured in the State of Tennessee and to reach the State of Tennessee, the cartridge cases must have traveled in and affected interstate and/or foreign commerce. Furthermore, it is determined that these cartridge cases are "ammunition" as defined by Title 18, United States Code, Chapter 44, Section 921(a)(17)(A).

10. Based on the foregoing, I am requesting that an Arrest Warrant be issued for Alphonso JAMES for a violation of 18 U.S.C. § 922(g).

11. All events took place in Nashville, Tennessee, which is located in the Middle District of Tennessee.